*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

**MEMORANDUM OPINION**

No. 04-09-00279-CV

In the **INTEREST OF M.D.R.** Jr., a Child

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 08-04-18888-CV
Honorable, Cathy O. Morris, Associate Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: November 18, 2009

MOTION TO WITHDRAW GRANTED; AFFIRMED

Michael R. appeals the trial court's judgment terminating his parental rights and the order finding his appellate points frivolous. *See* Tex. Fam. Code Ann. § 263.405(d)(3) (Vernon 2008). Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief containing a professional evaluation of the record demonstrating there are no arguable grounds to be advanced and concluding the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4 (Tex. App.–San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating

parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.–San Antonio Sept. 10, 2003, no pet.) (mem. op.). Appellant was provided a copy of the brief and informed of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.–San Antonio, July 23, 1997, no pet.); *In re R.R.*, 2003 WL 21157944, at *4. Appellant did not file a pro se brief.

We have reviewed the record and the attorney's brief, and we agree with counsel that the appellate points do not present a substantial question for appellate review. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003(b) (Vernon 2002); TEX. FAM. CODE ANN. § 263.405(d)(3) (incorporating section 13.003(b) by reference). Accordingly, we hold the trial court did not abuse its discretion in finding the points of appeal to be frivolous. We grant the motion to withdraw and affirm the trial court's judgment.

PER CURIAM